# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

JODIE ZUFELT, an individual,

        Plaintiff,

  v.

CANYON COUNTY AMBULANCE
DISTRICT, a political subdivision in the
State of Idaho,

        Defendant.

Civil No. 1:21-cv-00022-CWD

**ORDER RE: STIPULATION
OF DISMISSAL**

Pursuant to the Stipulation of Dismissal with Prejudice, signed by Plaintiff and Defendant in the above-captioned action, Defendant Canyon County Ambulance District is dismissed from this action with prejudice, and the above-captioned action is automatically terminated in its entirety.  *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692(9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

DATED: November 30, 2022

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER RE: STIPULATION OF DISMISSAL - 1**